■ HEALTH SERVICES MEDICAL CORPORATION OF CENTRAL NEW YORK, INC., Respondent, v MARK R. CHASSIN, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 1.) [689 NYS2d 876] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ. [*See,* 175 Misc 2d 621.]

■ HEALTH SERVICES MEDICAL CORPORATION OF CENTRAL NEW YORK, INC., Respondent, v MARK R. CHASSIN, as Commissioner of Health of the State of New York, et al., Appellants. (Appeal No. 2.) [689 NYS2d 876] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ. [*See,* 175 Misc 2d 621.]

■ HEALTH SERVICES MEDICAL CORPORATION OF CENTRAL NEW YORK, INC., Plaintiff-Appellant, v MARK R. CHASSIN, as Commissioner of Health of the State of New York, et al., Appellants-Respondents. (Appeal No. 3.) [689 NYS2d 875] —Amended order and judgment unanimously affirmed with costs to plaintiff for reasons stated in decision at Supreme Court, Hurlbutt, J. (*Health Servs. Med. Corp. v Chassin,* 175 Misc 2d 621). (Appeals from Amended Order and Judgment of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Scudder and Callahan, JJ.